UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMMY B. TSCHABOLD,<br><br>                 Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY, et al.,<br><br>                 Defendants. | CASE NO. 3:25-cv-05096-KKE-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel, to which no objections were filed. Dkt. No. 7. Considering the Report and Recommendation and the remaining record, the Court finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's claims are untimely and barred under the applicable 3-year limitations period. This action is dismissed with prejudice for failure to state a claim upon which relief can be granted and failure to comply with a court order. Dismissal on the first of these grounds constitutes a strike under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 20th day of May, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge